# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Charles Benjamin, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING MOTION TO** |
| | ) | **COMPEL DISCOVERY** |
| vs. | ) | |
| | ) | |
| Ward County and John Doe, | ) | Case No. 4:12-cv-028 |
| | ) | |
| Defendants. | ) | |

Before the court is a "Motion to Compel Discovery" filed by plaintiff on June 12, 2012. Plaintiff seeks an order from the court directing defendants to answer interrogatories he apparently sent to them on May 10, 2012.

Plaintiff's motion to compel is premature. The parties only recently submitted proposed scheduling and discovery plans. Until the court has had an opportunity to review the plans and issue its scheduling/discovery order, all discovery is stayed. Plaintiff's motion (Docket No. 19) is **DENIED** without prejudice.

**IT IS SO ORDERED.**

Dated this 25th day of June, 2012.

                                                         */s/ Charles S. Miller, Jr.*
                                                         Charles S. Miller, Jr.
                                                         United States Magistrate Judge