# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Charles Benjamin, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ward County and John Doe, | ) | Case No. 4:12-cv-028 |
| | ) | |
| Defendants. | ) | |

On March 18, 2013, plaintiff filed a "Motion to Leave Out Part of Medical Records from Ward County Discovery." Initially, plaintiff appears to advise that he does not require medical records dating from 1996 to January 1, 2010. He then proceeds to reassert his claim that staff at the Ward County Jail staff were deliberate indifferent to his serious medical needs. Having reviewed plaintiff's motion, the court cannot readily discern what relief, if any, he is seeking. As he does not explicitly request anything from the court, his motion (Docket No. 44) is deemed **MOOT**. The court shall next address a document filed by plaintiff on March 25, 2013, that is styled as a Motion for Discovery.

Although captioned as a Motion for Discovery, the document appears to be copy of correspondence from plaintiff to defendant wherein plaintiff posed several questions to and further demanded "2010 discovery" from defendant. As plaintiff does not request anything from the court, this motion (Docket No. 45) too shall be deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 26th day of March, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court