# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Charles Benjamin, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ward County and John Doe, | ) | Case No. 4:12-cv-028 |
| | ) | |
| Defendants. | ) | |

The court shall conduct a status conference with the parties via telephone on Friday, June 21, 2013, at 11:00 a.m. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 17th day of June, 2013.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court