**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Charles Benjamin, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ward County and John Doe, | ) | Case No. 4:12-cv-028 |
| | ) | |
| Defendants. | ) | |

The court held a telephonic status conference with the parties on June 21, 2013, to discuss, amongst other things, plaintiff's pending motions for discovery, additional time to complete discovery, and to amend his pleadings. Plaintiff appeared pro se. Attorney Scott Porsborg appeared on defendants' behalf.

Pursuant to its discussions with the parties, the court shall suspend the pretrial deadlines pending final disposition of plaintiff's motions for discovery and to amend the pleadings.

**IT IS SO ORDERED.**

Dated this 21st day of June, 2013.

>                         */s/ Charles S. Miller, Jr.*
>                         Charles S. Miller, Jr., Magistrate Judge
>                         United States District Court