**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Charles Benjamin, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SUSPENDING SCHEDULING** |
| | ) | **DEADLINES AND CANCELLING** |
| | ) | **TRIAL** |
| vs. | ) | |
| | ) | Case No.  4:12-cv-028 |
| Ward County and John Doe, | ) | |
| | ) | |
| Defendants. | ) | |

Given the court's decision to appoint counsel for plaintiff, the court hereby suspends all scheduling deadlines and cancels the currently scheduled dates for the final pretrial conference and trial.  The court will schedule a telephonic conference with counsel for the parties in the near future to discuss new deadlines and how the motions now pending before the court will be resolved.

**IT IS SO ORDERED.**

Dated this 26th day of July, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge