# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Charles Benjamin,                )  | |
| )                                                 | **ORDER** |
| Plaintiff,     )                              | |
| )                                                 | |
| vs.                            )             | Case No. 1:12-cv-028 |
| )                                                 | |
| Ward County and John Doe,   )       | |
| )                                                 | |
| Defendants.  )                           | |

The court shall conduct a status conference with counsel in the above-entitled action on August 21, 2013, at 10:00 a.m. CDT. The court shall initiate the conference call.

**IT IS SO ORDERED**.

Dated this 29th day of July, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court