# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Charles Benjamin, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ward County, | ) | Case No. 4:12-cv-028 |
| | ) | |
| Defendant. | ) | |

On April 15, 2015, plaintiff filed *in forma pauperis* a Notice of Appeal from the court's Order Granting Motion for Summary Judgment. On April 17, 2015, the Eighth Circuit issued an order remanding this case for calculation and collection of appellate filing fees pursuant to Henderson v. Norris, 129 F.3d 481 (8th Cir. 1997). In order to complete this task, the court will require additional information regarding plaintiff's finances. Accordingly, plaintiff is directed to complete and return the attached "Application to Proceed in District Court without Prepaying Fees or Costs."

**IT IS SO ORDERED.**

Dated this 21st day of April, 2015.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court