# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Charles Benjamin, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Ward County, | ) Case No. 4:12-cv-028 |
| Defendant. | ) |

The court shall conduct a status conference in the above-entitled action on February 16, 2016, at 4:00 p.m. by telephone. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 2nd day of February, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court