# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Charles Benjamin, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER REAPPOINTING COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ward County, | ) | Case No. 4:12-cv-028 |
| | ) | |
| Defendant. | ) | |

The court held a status conference in this case on February 16, 2016, by telephone. Pursuant to its discussion with plaintiff, the court shall reappoint attorneys Monte Rogney and James Cailao of the Vogel Law Firm as attorneys of record for plaintiff in this action.

**IT IS SO ORDERED.**

Dated this 16th day of February, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court